FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK

PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/18/2015 11:20:47 AM
Accepted 2/18/2015 11:33:35 AM
ABEL ACOSTA
CLERK

LAW OFFICES
GOLDSTEIN, GOLDSTEIN AND HILLEY
310 S. ST. MARY'S STREET, SUITE 2900
SAN ANTONIO, TEXAS 78205-3117

ELI GOLDSTEIN
(1910-1998)
GERALD H. GOLDSTEIN
LICENSED IN TEXAS AND COLORADO
VAN G. HILLEY
CYNTHIA HUJAR ORR
DONALD H. FLANARY, III

AREA CODE 210
TELEPHONE 226-1463

AREA CODE 210
FACSIMILE 226-8367

February 18, 2015

ERRATA
[TYPOGRAPHICAL CORRECTIONS AND CORRECTED BRIEF]

**Re: Vanessa Cameron v. State of Texas, PD-1427-13; Errata in Respondent's Brief on Rehearing and Response to State's Motion for Rehearing on Petition for Discretionary Review.**

To the Honorable Judges of the Texas Court of Criminal Appeals:

On February 3, 2015, Vanessa Cameron filed her brief on rehearing in the above-entitled and numbered cause. After submission, undersigned counsel discovered typographical errors, which Respondent now seeks to correct by seeking leave to file the attached amended brief. Below, please find an errata list of the corrections contained in Cameron's amended and attached brief:

- All of the record references contained in Cameron's original brief mistakenly cited to Volume 1 of the reporter's record. This has been changed to correctly reflect Volume 2 of the record in all instances.
- On page 3 of Cameron's original brief, the word "I am" was unintentionally spelled out contrary to the language of the record "All **I'm** saying is, where do you suggest we put them?"
- On page 3 of Cameron's original brief, the word "courtroom" was unintentionally omitted from the quotation "I don't see any available chairs as I'm looking around the courtroom where anybody could sit." [RR Vol. 2 at 9, ln. 17].

While these corrections to not affect the substance or meaning of any reference or quoted passage, these errors have been corrected, and Cameron seeks leave from this honorable Court to submit an amended brief.

Respectfully Submitted,

/s/ Gerald H. Goldstein
Attorney for Vanessa Cameron